**Order entered December 2, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00748-CV

**PARALLEL NETWORKS, LLC, Appellant**

**V.**

**JENNER & BLOCK, LLP, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01146-E**

## ORDER

We **DENY** appellant's November 26, 2013 motion for permission to exceed the word limit for its reply brief. We **STRIKE** appellant's reply brief filed on November 26, 2013. We **ORDER** appellant to file a reply brief that complies with the 7,500 word limit on or before **DECEMBER 20, 2013**. *See* TEX. R. APP. P. 9.4(i)(2)(C).

        /s/     DAVID LEWIS
               JUSTICE